900

No. 559, Misc. KILBOURNE v. NORTH CAROLINA ET AL.;
No. 571, Misc. COULTON v. MAXWELL, WARDEN;
No. 580, Misc. TEAGUE v. HERITAGE, WARDEN;
No. 629, Misc. COOK v. MAXWELL, WARDEN;
No. 635, Misc. NICHOLS v. TAYLOR, WARDEN, ET AL.;
No. 654, Misc. WRIGHT v. MAXWELL, WARDEN, ET AL.;
No. 672, Misc. CANNON v. METZNER, U. S. DISTRICT JUDGE, ET AL.;
No. 673, Misc. HUNTER v. PRASSE ET AL.;
No. 674, Misc. WINSTON v. BLACKWELL, WARDEN; and
No. 688, Misc. FORD v. DICKSON, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 569, Misc. GRATTEN v. NASH, WARDEN; and
No. 645, Misc. PARDEE v. BURKE, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.

No. 578, Misc. PARKER v. LUMBARD, CHIEF JUDGE, U. S. COURT OF APPEALS, ET AL. Motion for leave to file petition for writ of mandamus denied. Petitioner pro se. *Bruce Bromley* for respondents.

No. 307, Misc. BROYDE v. PERRY, JUDGE. Motion for leave to file supplement to petition for writ of mandamus granted. Motion for leave to file petition for writ of mandamus denied. *Charles V. Falkenberg* for petitioner.

No. 400. GARRISON v. LOUISIANA. Appeal from the Supreme Court of Louisiana. Probable jurisdiction noted. *Eberhard P. Deutsch* and *René H. Himel, Jr.* for appellant. *Jack P. F. Gremillion,* Attorney General of Louisiana, and *M. E. Culligan* and *John E. Jackson, Jr.,* Assistant Attorneys General, for appellee. 